FILED
2013 Apr-08  PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **WELLS FARGO BANK ASSOCIATION,** ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v. ] | 1:11-cv-4264-KOB |
| ] | |
| **COLYER-LLOYD DEVELOPMENT,** ] **et al.,** ] | |
| ] | |
| Defendants. ] | |

### ORDER ENTERING FINAL JUDGMENT

This matter comes before the court on Plaintiff's motion for entry of final judgment against Colyer-Lloyd Development, Inc. and James Lloyd and Plaintiff's Notice of Filing of Amended Affidavit of Glenn E. Glover. (Docs. 42 & 44). As indicated in its Notice of Need of Clarification (doc. 43), the court will allow the Plaintiff to collect attorneys' fees and expenses from the date the Plaintiff retained counsel in October 2011 until the court's entry of default judgment against the Defendants in default on June 16, 2012.

Accordingly, the court GRANTS IN PART and DENIES IN PART the Plaintiff's motion and ENTERS FINAL JUDGMENT FOR Plaintiff Wells Fargo and against Defendants Colyer-Lloyd Development, Inc. and James Lloyd in the amount of (1) $290,552.96 as awarded by this court in the default judgment; (2) $7,842.77 in additional interest from the date of the Default Judgment through the date of the entry of final judgment accrued at the per diem rate of $26.23; (3) $14,577.18 in attorneys' fees and expenses; and (4) post-final judgment interest shall accrue at the contractual rate of $26.23 per diem. Thus, the court enters judgment in favor of Plaintiff Wells Fargo and against the Defendants in default in the amount of $312,972.91 plus post-

judgment interest at the rate of $26.23 per diem.

DONE and ORDERED this 8th day of April, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE